1072

[No. 11579-4-II.   Division Two.   April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALDEAN HAUGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-00712-5, Arthur W. Verharen, J., entered December 10, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11845-9-II.   Division Two.   April 3, 1989.]

*In the Matter of the Marriage of* PAMELA J. DUGUAY, *Petitioner, and* GERARD P. DUGUAY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-3-05155-7, Nile E. Aubrey, J., entered March 11, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed and Worswick, JJ.

[No. 21875-1-I.   Division One.   April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW DALE LONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-8-05774-9, Patricia H. Aitken, J., entered February 10, 1988. *Dismissed* by unpublished per curiam opinion.